

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00281-CR

Leroy **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13374
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed: May 30, 2018

DISMISSED FOR LACK OF JURISDICTION

Appellant appears to be seeking to appeal an order for competency evaluation. An order for competency evaluation is not an appealable order. *See Jackson v. State*, No. 01-13-00561-CR, 2014 WL 123838, at *1 (Tex. App.—Houston [1st Dist.] Jan. 14, 2014, no pet.) ("Although written pretrial motions for psychiatric evaluations to determine competency and sanity were filed, the motions were granted and, therefore, do not provide a basis for appeal.") (citing *Woods v. State*, 108 S.W.3d 314, 316 n.6 (Tex. Crim. App. 2003)); TEX. CODE CRIM. PROC. art. 46B.011 ("Neither

the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005.").

On May 1, 2018, appellant was ordered to show cause in writing by May 15, 2018 why this appeal should not be dismissed for lack of jurisdiction. Appellant did not file a response. Because this court lacks jurisdiction to consider an interlocutory appeal of an order for competency evaluation, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH